| DOCUMENTS UNDER SEAL [X] | | | | TOTAL TIME (mins): 40 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Jenny Galang | | LIBERTY RECORDING:<br>10:57-11:37 | |
| MAGISTRATE JUDGE<br>ALEX G. TSE | | DATE<br>September 19, 2025 | | NEW CASE [X] | CASE NUMBER<br>3:25-mj-71082-MAG-1 |

## APPEARANCES

| DEFENDANT<br>Jose Alberto Panameno-Cisneros | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Samantha Jaffe | PD. [X] RET. [ ]<br>APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Andrew Scoble | SPANISH INTERPRETER<br>Elizabeth McCarthy, sworn | | | FIN. AFFT [X]<br>SUBMITTED | COUNSEL APPT'D [X] |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR [X]<br>APPT'D COUNSEL | PARTIAL PAYMENT [ ]<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| [X] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS / STATUS TRIAL SET | |
| [X] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER | |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING | |

### INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [X] TRUE NAME:<br>Jose Alberto Cisneros-Panameno |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>[ ] CASH $ | | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] |

| [X] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>9/22/2025 | [ ] CONFIRM ATTY APPOINTMENT | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON.<br>Alex G. Tse | [X] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

DPPA advised. AUSA orally moves to unseal entire case - GRANTED. Defense argues the Government not entitled to detention hearing. Court orders the Government to brief the matter as stated on the record.

DOCUMENT NUMBER: