AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25CR359-JD |
| Jose Panameno-Cisneros | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/4/25

_____
Defendant's signature

_____
Signature of defendant's attorney

Samantha Tatle
Printed name of defendant's attorney

_____
Judge's signature

ALEX G. TSE, US Magistrate Judge
Judge's printed name and title